UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adam Adams<br>Orlando Rodriguez<br>Maurice Corney, Individually, and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br>         -v-<br><br>Pine Builders Corp.,<br><br>                              Defendant. | Civil Action #: 17-CV-03507<br>(BMC)<br><br><br><br>**ACCEPTANCE OF RULE 68<br>OFFER OF JUDGMENT** |

TO: **Cerasia & Del Rey-Cone LLP**
       By: Edward Cerasia II, Esq.
       *Counsel for all Defendant Pine Builders Corp.*
       150 Broadway, Suite 1517
       New York, NY 10038
       Tel: 646.525.4231
       Fax: 646.525.4237
       Email: ed@cdemploymentlaw.com

      **PLEASE TAKE NOTICE** that Plaintiffs Adam Adams, Orlando Rodriguez and Maurice Corney pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accept the attached Offer of Judgment of Defendant Pine Builders Corp., dated and served on December 1, 2017 in the above-entitled action.

Dated: Queens Village, New York
           December 3, 2017

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul K. Hassan_____
Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiffs*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ADAM ADAMS
ORLANDO RODRIGUEZ, and
MAURICE CORNEY, Individually and on
behalf of all others similarly situated,

           Plaintiffs,

           vs.

PINE BUILDERS CORP.,

           Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17-CV-03507 (BMC)

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Pine Builders Corporation ("Pine Builders"), by and through its attorneys, Cerasia & Del Rey-Cone LLP, hereby offers to allow entry of judgment in this lawsuit, as follows:

1. Judgment shall be entered in favor of plaintiffs Adam Adams ("Adams"), Orlando Rodriguez ("Rodriguez"), and Maurice Corney ("Corney") (collectively, the "Plaintiffs") in the total gross amount of $55,000, inclusive of any and all damages, liquidated damages, interest, reasonable attorneys' fees, costs and expenses incurred in connection with this lawsuit, to which Plaintiffs are allegedly entitled by law (the "Judgment").

2. The Judgment shall be allocated as follows:

    a. Three Thousand Dollars ($3,000) will be paid to Adam Adams for all alleged lost wages, less applicable withholding taxes to be reported on an IRS W-4 Form;

    b. Six Thousand Dollars ($6,000) will be paid to Adam Adams for all alleged liquidated and other damages to be reported on an IRS Form 1099-MISC (Box 3);

    c. Two Thousand Dollars ($2,000) will be paid to Orlando Rodriguez for all alleged lost wages, less applicable withholding taxes to be reported on an IRS W-4 Form;

    d. Four Thousand, Three Hundred and Eight Dollars ($4,308) will be paid to Orlando Rodriguez for all alleged liquidated and other damages to be reported on an IRS Form 1099-MISC (Box 3);

    e. Ten Thousand and Fifty Dollars ($10,050) will be paid to Maurice Corney for all alleged lost wages, less applicable withholding taxes;

    f. Eleven Thousand Dollars ($11,000) will be paid to Maurice Corney for all alleged liquidated and other damages to be reported on an IRS Form 1099-MISC (Box 3);

    g. Eighteen Thousand, Six Hundred and Forty-Two ($18,642), will be paid to Plaintiffs' attorneys, Abdul Hassan Law Group, PLLC, representing a 1/3 contingency fee ($18,179), and costs ($463) to be reported on an IRS Form 1099-MISC (Box 14).

3. The Judgment shall be paid to Plaintiffs and their attorneys in accordance with the following payment schedule:

    a. Within ten (10) business days of the filing of this Offer of Judgment, Pine Builders will pay to Plaintiffs and their attorneys the total gross amount of $15,000, to be allocated pro rata, based on the respective amounts in paragraph 2 above;

    b. Within thirty (30) days thereafter, Pine Builders will make the first of four (4) payments of $7,500 each, all within thirty (30) days after each other (i.e., over a period of four (4) months), to be allocated pro rata, based on the respective amounts in paragraph 2 above, and then the final two payments will be $5,000 each for two (2) months, to be allocated pro rata, based on the respective amounts in paragraph 2 above.

4. In the event of a default and failure to cure any missed payment within ten (10) days of the date on which such payment is due, Pine Builders Corp. and its owners, Messrs. Alon Evenhar, Joseph Evenhar, and Oren Evenhar, will be individually and jointly liable for and will pay a total of $70,000 to Plaintiffs, less the amounts paid up to that date. This Court shall retain jurisdiction to enter any default or supplemental judgment.

2

5. Plaintiffs acceptance of this offer is in full satisfaction and settlement of all claims that were asserted by them against Pine Builders in this action.

6. This offer shall be deemed rejected unless Plaintiffs serve a written acceptance of this offer within fourteen (14) days of service upon them.

7. This offer is made for purposes of Rule 68 of the Federal Rules of Civil Procedure only, and neither it nor any judgment resulting from this offer may be construed as an admission of liability on the part of Pine Builders or that Plaintiffs suffered any damages.

Dated: New York, New York
December 1, 2017

      CERASIA & DEL REY-CONE LLP

      By  s/ Edward Cerasia II
         Edward Cerasia II
         Alison L. Tomasco
      150 Broadway, Suite 1517
      New York, New York 10038
      (646) 525-4235
      ed@cdemploymentlaw.com
      alison@cdemploymentlaw.com

      Attorneys for Defendant
      *Pine Builders Corporation*