UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adam Adams,<br>Orlando Rodriguez, and<br>Maurice Corney,<br>Individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br> -v-<br><br>Pine Builders Corp.,<br><br>      Defendant. | Civil Action #: 17-CV-03507<br>(BMC)<br><br>**<u>SUPPLEMENTAL JUDGMENT</u>** |

  WHEREAS, the Court entered a judgment in favor of Plaintiffs in this action on December 5, 2017;

  WHEREAS, Defendants have defaulted in making the settlement payments to Plaintiffs as provided for in the Judgment;

  WHEREAS, this matter came before the Court for an entry of supplemental Judgment in favor of Plaintiff against Defendant Pine Builders Corp. and its owners/principals Messrs. Alon Evenhar, Joseph Evenhar, and Oren Evenhar, pursuant to the Judgment entered by the Court on December 5, 2017;

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that supplemental judgment is hereby entered in favor of Plaintiffs Adam Adams, Orlando Rodriguez, and Maurice Corney, and against Defendant Pine Builder's Corp., Alon Evenhar, Joseph Evenhar, and Oren Evenhar, individually and jointly, in the sum of Thirty-Two Thousand, Five Hundred Dollars ($32,500), and that Plaintiffs Adam Adams, Orlando Rodriguez, and Maurice Corney shall have execution therefor.

Judgment entered this __26th__ day of June, 2018

_____

Hon.    Brian M. Cogan